United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-3042

Wayne Stufflebean,                         *
                                      *

              Appellant,         *
                                        *

       v.                          *
                                        *  Appeal from the United States

David White; Medical Staff; Missouri   *  District Court for the
Department of Corrections; Cindy       *  Western District of Missouri.
Schupp; Barbara Lewis; Debora        *
Steinman; Barbara Daitral; Lisa        *
Wieberg,                            *
                                        *

              Appellees.        *  [UNPUBLISHED]

_____

Submitted: April 30, 1998
Filed: May 5, 1998
_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.
_____

PER CURIAM.

Wayne Stufflebean appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C § 1983 action claiming Eighth Amendment violations. After

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

reviewing the record and the parties' submissions on appeal, we conclude that summary judgment was proper and that Stufflebean's other arguments are meritless. We also deny Stufflebean's pending motions filed with this court. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.